```
              IN THE UNITED STATES DISTRICT COURT

               FOR THE EASTERN DISTRICT OF TEXAS

                        SHERMAN DIVISION
```

NORMAN EUGENE LAMKIN             §

VS.                              §    CIVIL ACTION NO. 4:04cv381

WELDON LUCAS, ET AL.             §

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
<u>JUDGE's REPORT AND RECOMMENDATION</u>

Plaintiff Norman Eugene Lamkin, an inmate at the Dalhart Unit, proceeding *pro se*, brought this civil rights suit pursuant to 42 U.S.C. § 1983.

The court heretofore referred this matter to the Honorable Don D. Bush, United States Magistrate Judge, at Sherman, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends this action be dismissed pursuant to plaintiff's motion to voluntarily dismiss the case.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

<u>O R D E R</u>

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate

Judge is **ADOPTED**.  A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

      **SIGNED this 25th day of January, 2006.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE